So Ordered.

Signed this 8 day of April, 2021.

_____
Margaret Cangilos-Ruiz
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

 James P. McGuire

       Debtor

Hearing Date: April 6, 2021
Hearing Time: 10:00 A.M.
Hearing Location: Syracuse, NY

Chapter 13
Case No. 19-30533

### ORDER TO SELL ESTATE REAL PROPERTY

Debtor having filed a Motion through his attorney Peter C. Schaefer, Esq. to sell real property located at 4971 Nestling Duck, Town of Clay, State of New York, and limited opposition to the Motion having been filed by the Chapter 13 Trustee, as well as the mortgage lender, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust, by and through it's attorney Friedman Vartolo, LLP;

  And this matter having been heard on April 6, 2021, with Peter C. Schaefer, Esq. appearing on behalf of Debtor, Lynn Harper Wilson, Esq., appearing on behalf of the Chapter 13 Trustee's Office and Friedman Vartolo, LLP appearing on behalf of SN Servicing Corporation; after due deliberation by the Court it is hereby;

ORDERED that the sale of Debtor's real property located at 4971 Nestling Duck, Town of Town of Clay, County of Onondaga, State of New York for $285,000.00 to Kieu L. Lai and Tran V. Pham is hereby approved; and it is further

ORDERED that Debtor shall obtain an updated mortgage pay-off statement for closing and that said mortgage held by, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust, shall be paid in full.

_____
Peter C. Schaefer, Esq.
Attorney for Debtor

_____
Richard Postiglione, Esq.
Friedman Vartolo, LLP
Attorney for Creditor
SN Servicing Corporation as
Servicer for U.S. Bank National Trust Association
As Trustee of the Igloo Series IV Trust

_____
Mark W. Swimelar, Esq.
Chapter 13 Trustee

###